<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1226**

WANDA RENITA TYNES,

       Plaintiff - Appellant,

   v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:10-cv-00146-MSD-FBS)

Submitted:  June 14, 2012         Decided:  June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Renita Tynes, Appellant Pro Se.  Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Renita Tynes seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and affirming the Social Security Commissioner's denial of disability benefits. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2011). The magistrate judge recommended affirming the Social Security Commissioner's denial and advised Tynes that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Tynes has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the district court's judgment.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

AFFIRMED